IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |  |
|---|---|---|
| LESLIE WEBB, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 114-200 |
| | ) | |
| WARDEN EVAN JOSEPH, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

Petitioner has submitted for filing a request for federal habeas corpus relief under 28 U.S.C. § 2254. Petitioner challenges a judgment of conviction that was entered in the Superior Court of Fulton County, which is located in the Northern District of Georgia. It is the practice of this Court to transfer an action attacking a conviction to the district in which the original criminal proceedings were conducted. See 28 U.S.C. § 2241(d); see also Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (approving transfer of § 2254 petition from district of incarceration to district where petitioner was convicted). Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia for further consideration. The Court **DIRECTS** the Clerk to immediately forward the file to that District.

SO ORDERED this 29th day of October, 2014, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA